# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT,<br><br>    Plaintiff,<br><br>v.<br><br>ADAMAS PHARMACEUTICALS, INC., MARTHA J. DEMSKI, WILLIAM W. ERICSON, SPYRIDON APAPETROPOULOS, NEIL F. MCFARLANE, ANNA S. RICHO, MICHAEL F. BIGHAM, JOHN A. MACPHEE, and DAVID L. MAHONEY,<br><br>    Defendants. | Case No. 1:21-cv-1579-CFC<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: December 3, 2021

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*